IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER WINDNAGLE AND DEANNA WINDNAGLE, <br><br>Plaintiffs, <br><br>vs. <br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; JERMAR PASCUAL; AND DOE DEFENDANTS 1-100 <br><br>Defendants. <br>_____ | Civ. No. 16-00218 JMS-KJM <br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed on August 31, 2016 and served on all parties on September 1, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiffs Christopher Windnagle and Deanna

///

///

///

Windnagle's Motion to Decline Jurisdiction and Remand Proceedings" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, September 22, 2016.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Windnagle, et al. v. State Farm Mut. Auto. Ins. Co., et al.*, Civ. No. 16-000218 JMS-KJM, Order Adopting Magistrate Judge's Findings and Recommendation